IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-07-3836 |
| | § | |
| $48,751.33 in US CURRENCY SEIZED | § | |
| FROM BANK OF AMERICA ACCOUNT | § | |
| NO*0262, | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

In accordance with the court's Order Entering Default Judgment entered this date, this action is dismissed with prejudice.

This is a final judgment.

SIGNED on September 11, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge